DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**K.D.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1898

[January 17, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 50-2018-CJ-000438-XXXX-MB.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KUNTZ, JJ., CONCUR.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***